UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN KAID HUDSON,

        Plaintiff,        Case No. 1:13-cv-1218

v.        Honorable Paul L. Maloney

H. McELVAIN et al.,

        Defendants.

_____/

## JUDGMENT

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  January 8, 2014        /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            Chief United States District Judge